

40 North Central Avenue
Phoenix, Arizona 85004-4429

Susan M. Freeman – Arizona State Bar No. 004199
E-mail: SFreeman@LRLaw.com
Telephone: (602) 262-5756
Facsimile: (602) 734-3824

Rob Charles, Arizona State Bar No. 7359
Email: RCharles@LRLaw.com
Telephone (520) 629-4427
Facsimile (520) 879-4705

Marvin R. Ruth – Arizona State Bar No.024220
E-mail: MRuth@LRLaw.com
Telephone (602) 262-5770
Facsimile: (602) 734-3909

Proposed Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>MONDRIAN TTL, L.L.C., a Delaware limited liability company,<br><br>　　　　　　　　　　　　Debtor.<br>EID # 20-1473299 | **Chapter 11**<br><br>**Case No. 10-14140 rjh** |
| In re:<br><br>GRIGIO TTL, L.L.C., an Arizona limited liability company,<br><br>　　　　　　　　　　　　Debtor.<br>EID #20-5787568 | **Case No. 10-14141 jmm**<br><br>**Jointly administered**<br><br>**Application To Employ Lewis And Roca LLP**<br><br>Hearing Date: TBA<br>Hearing Time: TBA |

　　　　The application of Mondrian TTL, L.L.C., a Delaware limited liability company ("Mondrian"), and its affiliate, Grigio TTL, L.L.C., an Arizona limited liability company ("Grigio") (the Debtors and Debtors in Possession), respectfully represents as follows:

　　　　1.　　On May 9, 2010, Mondrian and Grigio filed voluntary petitions under Chapter 11 of the Bankruptcy Code.

　　　　2.　　Mondrian and Grigio have continued in possession of their property.

　　　　3.　　The Debtors and Debtors in possession, wish to employ Lewis and Roca LLP, a limited liability partnership (Lewis and Roca), engaged in the practice of law, as

2188698.2



their attorneys. Applicants have selected Lewis and Roca for the reason that such firm has considerable experience in matters of this character and is qualified to represent Applicant in this case.

4. The professional services of Lewis and Roca will include the following:

    4.1. Advice with respect to the powers and duties of the Debtors and Debtors in possession;

    4.2. Representation of Applicants in connection with all appearances;

    4.3. Preparation on behalf of Applicants of necessary applications, motions, answers, orders and other documents;

    4.4. Preparation of a plan and disclosure statement and handling all matters and court hearings related thereto;

    4.5. Representation of Applicants in connection with the hearing on confirmation and all related matters; and

    4.6. All other legal services for Applicants which may be necessary.

5. The Debtors and Debtors in possession desire to employ Lewis and Roca under a general retainer because of the extensive legal services required. The principal attorneys working on the matter will be partners, Susan M. Freeman, Rob Charles and Scott Brown. Associates and paralegals will also be involved in staffing the case, including associate Marvin Ruth and Marilyn Schoenike, CLA.

6. Lewis and Roca does not hold or represent any interest adverse to the estate and is a disinterested person within the meaning of 11 U.S.C. § 101(14). Lewis and Roca has previously represented one creditor of the Debtors (owed $2,000), Arizona State University, on matters unrelated to these bankruptcy cases, and will confirm arrangements for waiver of any conflict with ASU. Lewis and Roca previously represented a limited liability company partially owned by Bruce Gray, and thus indirectly affiliated with the Debtors, in litigation brought by a former member. That matter was resolved in 2008 and all fees and costs were paid in full. A transactional matter tangential to that prior dispute

2188698.2



involving a transfer of interest in real property is currently being handled as a follow-up matter. Such representation is not related to the financial affairs of Mondrian and Grigio.

7. Lewis and Roca is receiving by wire transfer on May 10, 2010, a retainer of $100,000.00 from GDG Enterprises, L.L.C., which is (a) the sole member and manager of Mondrian Manager LLC, which in turn is the managing member of Mondrian, and (b) the managing member of Grigio. The firm is using $2,078.00 of that amount for Chapter 11 filing fees, and the balance will be placed into the firm's trust account. On May 9, 2010, before the bankruptcy petition filings, Debtor Mondrian entered into an unsecured promissory note to GDG Enterprises, documenting its responsibility for the retainer and obligation to reimburse GDG Enterprises for its advance of the retainer funds. GDG Enterprises as payor was advised and agreed that it is not the client. Mondrian and Grigio consented to payment of the retainer to Lewis and Roca by the third party.

8. Lewis and Roca was approached to undertake this representation on Friday afternoon, May 7, 2010. While it has performed services in the brief period before filing the petitions on Monday, May 9, 2010, such services consisted solely of filing preparations and do not disqualify the firm as a prepetition creditor.

WHEREFORE, Applicants prays that they be authorized to employ and appoint Lewis and Roca under a general retainer to represent them as Debtors and Debtors in Possession in this case under Chapter 11 of the Bankruptcy Code.

DATED May 9, 2010.

    MONDRIAN TTL, L.L.C.,

    By _____
    Brian Kearney
    Chief Operating Officer of GDG Enterprises, L.L.C., the sole Member and Manager of Mondrian Manager L.L.C., the Managing member of Mondrian TTL, L.L.C.



GRIGIO TTL, L.L.C.

By: _____
Brian Kearney
Chief Operating Officer of GDG Enterprises,
L.L.C., the Managing member of Grigio TTL
L.L.C.

2188698.2