B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Arizona

In re   MONDRIAN TTL, L.L.C., a Delaware limited liability company          Case No.   2:10-bk-14140 rjh
                                                      Debtor(s)             Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| CORNERSTONE REAL ESTATE ADVISERS, LLC. Two Galleria Tower, 13455 Noel Rd., Suite 950 Dallas, TX 75240 | CORNERSTONE REAL ESTATE ADVISERS, LLC. (f/k/a BABSON MEZZANINE REALTY ADVISORS) Two Galleria Tower, 13455 Noel Rd., Suite 950 Dallas, TX 75240 972-991-7440 | This debt is secured by Grigio's equity ownership of Mondrian | | $9,908,852.59 |
| CITY OF TEMPE P.O. Box 5002 Tempe, AZ 85280 | CITY OF TEMPE Rio Salado office, P.O. Box 5002 Tempe, AZ 85280 480-350-8227 | Deferred water and sewer Assessments | | 1,909,869.01 |
| CITY OF TEMPE Rio Salado Office P.O. Box 5002 Tempe, AZ 85280 | CITY OF TEMPE Rio Salado Office, P.O. Box 5002 Tempe, AZ 85280 480-350-8227 | Water and trash monthly services | | 23,770.24 |
| PAVLOV MEDIA, INC. Fka Fusion Broadband P.O. Box 25 Champaign, IL 61824 | PAVLOV MEDIA, INC. P.O. Box 25 Champaign, IL 61824 217-363-3007 | Administrative services on satellite system | | 20.436.00 |
| FIRESTORM 24/7 OF PHOENIX 9383 E. Bahia Drive Suite 100 Scottsdale, AZ 85260 | FIRESTORM 24/7 OF PHOENIX 9383 E. Bahia Drive Suite 100 Scottsdale, AZ 85260 | | | 10,145.77 |
| KATES TECHNOLOGY, INC. 14682 N. 74th Street Suite 125 Scottsdale, AZ 85260 | KATES TECHNOLOGY, INC. 14682 N. 74th Street, Suite 125 Scottsdale, AZ 85260 480-609-6789 | | | 8,327.43 |
| CAREER STRATEGIES, INC. 3435 Wilshire Blvd. # 1700 Los Angeles, CA 90010 | CAREER STRATEGIES, INC. 3435 Wilshire Blvd. # 1700 Los Angeles, CA 90010 602-955-5811 | | | 5,254.75 |

B4 (Official Form 4) (12/07) - Cont.

In re MONDRIAN TTL, L.L.C., a Delaware limited liability company

Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| DETAILS LANDSCAPE MAINT INC.<br>5755 North 51st Ave., # 5<br>Glendale, AZ 85301 | DETAILS LANDSCAPE MAINT INC.<br>5755 North 51st Ave., # 5<br>Glendale, AZ 85301<br>623-435-7207 | | | 4,717.66 |
| GRACE PLUMBING SERVICES, INC.<br>3215 N. Arizona Ave., Suite # 14<br>Chandler, AZ 85225 | GRACE PLUMBING SERVICES, INC.<br>3215 N. Arizona Ave., Suite # 14<br>Chandler, AZ 85225<br>480-704-3785 | Plumbing | | 4,039.40 |
| PUCKETT'S FLOORING<br>8057 S. Priest Drive<br>Tempe, AZ 85284 | PUCKETT'S FLOORING<br>8057 S. Priest Drive<br>Tempe, AZ 85284<br>480-990-8191 | | | 3,581.51 |
| ARIZONA PARTSMASTER, INC.<br>P.O. Box 23169<br>Phoenix, AZ 85063 | ARIZONA PARTSMASTER, INC.<br>P.O. Box 23169<br>Phoenix, AZ 85063<br>602-233-3580 | | | 2,147.58 |
| SCHLINDLER EVEVATOR CORP.<br>8270 S. Kyrene Rd., Suite 110<br>Tempe, AZ 85284-2118 | SCHLINDLER EVEVATOR CORP.<br>8270 S. Kyrene Rd., Suite 110<br>Tempe, AZ 85284-2118<br>480-629-2301 | | | 2,023.39 |
| ARIZONA STATE UNIVERSITY<br>(Good Nieghbor Package)<br>P.O. Box 870212<br>Tempe, AZ 85287-0212 | ARIZONA STATE UNIVERSITY<br>(Good Neighbor Package) PO Box 870212<br>Tempe, AZ 85287-0212<br>480-965-0275 | | | 2,000.00 |
| JASPER'S CLEAR POOL WHOLESALE & SERVICE<br>1750 S. Los Feliz Dr., # 110<br>Tempe, AZ 85281 | JASPER'S CLEAR POOL WHOLESALE & SERVICE<br>1750 S. Los Feliz Dr., # 110<br>Tempe, AZ 85281<br>480-507-5331 | Pool service | | 1,962.41 |
| MARTHA'S APT. CLEANERS<br>3463 E. Caballero St.,<br>Mesa, AZ 85213 | MARTHA'S APT. CLEANERS<br>3463 E. Caballero St.,<br>Mesa, AZ 85213<br>480-632-9303 | Apartment cleaning | | 1,756.00 |
| CONSERVICE<br>P.O. Box 4696<br>Logan, UT 84323-4696 | CONSERVICE<br>P.O. Box 4696<br>Logan, UT 84323-4696 | | | 1,597.55 |
| ON-SITE MANAGER, INC.<br>2465 Latham Street, 3rd Floor<br>Mountain View, CA 94040 | ON-SITE MANAGER, INC.<br>2465 Latham Street, 3rd Floor<br>Mountain View, CA 94040<br>650-559-3456 | | | 1,489.98 |
| THAT HEAVENLY TOUCH CLEANING<br>5816 E. HOLMES AVE.,<br>Mesa, AZ 85206 | THAT HEAVENLY TOUCH CLEANING<br>5816 E. HOLMES AVE.,<br>Mesa, AZ 85206<br>480-834-8239 | | | 1.420.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  MONDRIAN TTL, L.L.C., a Delaware limited liability company
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| CARPET SERVICES | CARPET SERVICES<br>2608 E. Lupine Ave.<br>Phoenix, AZ<br>602-953-3993 | | | 1,415.00 |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Brian Kearney, Chief Operating Officer of GDG Enterprises, LLC, Sole Member and Manager of Mondrian Manager, LLC, the managing member of Mondrian TTL, L.L.C., named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **May 9, 2010**

Signature _____
Brian Kearney, COO of GDG Enterprises, LLC,
Sole Member and Manager of Mondrian Manager LLC,
the Managing Member of Mondrian TTL, L.L.C.,

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.