

40 North Central Avenue
Phoenix, Arizona 85004-4429

Susan M. Freeman - Arizona State Bar No: 004199
Direct Dial (602) 262-5756
Direct Fax (602) 734-3824
Email: SFreeman@LRLaw.com

Rob Charles - Arizona State Bar No. 007359
Direct Dial: (520) 329-4427
Direct Fax (520) 879-4705
Email: RCharles@LRLaw.com

Marvin C. Ruth - State Bar No. 024220
Direct Dial (602) 262-5770
Direct Fax (602) 734-3909
E-mail MRuth@LRLaw.com

Proposed Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>MONDRIAN TTL, L.L.C., a Delaware limited liability company,<br><br>Debtor,<br><br>EID: 20-1473299 | Chapter 11<br><br>Case No. 2:10-bk-14140-RJH<br><br>**EX PARTE (1) MOTION FOR JOINT ADMINISTRATION; (2) TRANSFER OF ASSIGNMENT OF CASES TO ONE JUDGE; AND (3) USE OF A CONSOLIDATED CAPTION** |

Mondrian TTL, L.L.C., a Delaware limited liability company ("Mondrian") and its affiliate, Grigio TTL, L.L.C., an Arizona limited liability company ("Grigio") (the "Debtors"), file this: (1) Motion for Joint Administration of the Estates of the Debtors; (2) for Transfer of Cases to One Judge; and (3) Use of a Consolidated Caption (the "Motion"), pursuant to Bankruptcy Rule 1015 and Local Rule 1073-1 and in support thereof, the Debtors state as follows:

## I. JURISDICTION

1. Pursuant to 28 U.S.C. §§ 1334 and 157, the Court has jurisdiction to hear this Motion. Pursuant to 28 U.S.C. § 157(b)(2)(A) and (O), the Motion presents a core proceeding. The relief requested is available pursuant to 11 U.S.C. §105(a), Bankruptcy Rule 1015, and Local Rule 1073-1.



## II. MEMORANDUM OF POINTS AND AUTHORITIES

2. On May 9, 2010, (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Arizona (the "Court"). Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtors are operating their businesses and managing their property as debtors in possession.

3. No trustee or examiner has been appointed, and no official committee of creditors or equity interest holders has yet been established.

4. Mondrian TTL, L.L.C. ("Mondrian") is a Delaware limited liability company. Mondrian's sole owner is Grigio, which is an Arizona limited liability company. GCG Enterprises, LLC ("GDG"), is the sole member and manager of Mondrian Manager, L.L.C., which in turn is the managing member of Mondrian TTL, L.L.C., and is also the managing member of Griogio TTL, L.L.C. Mondrian is the owner of an apartment complex known as Grigio Tempe Town Lakes, in Tempe, Arizona (the "Apartment Building"). Mondrian owns the apartment Building and related improvements and furniture, fixtures and equipment. Cornerstone Real Estate Advisers, LLC ("Bapson) is secured by Griogio's ownership interest in Mondrian. Grigio has no other creditors.

5. Mondrian TTL, L.L.C. and Grigio TTL, L.L.C. are "Affiliates" as that term is defined in Section 101(2) of the Bankruptcy Code. Accordingly, this Court is authorized to grant the relief requested in the Motion. The Debtors believe these cases should be jointly administered because the business operations of the companies are interdependent. Entry of an order directly



joint administration of these cases will obviate the need for duplicative notices, applications and orders, and thereby save considerable time and expense.

6. The Debtors request that Grigio be transferred to the Honorable Randolph J. Haines, since the lowest numbered case was previously assigned to him. This is consistent with Rule 1073-1(d) of the local rules and the practices of this Court.

7. Debtors request that the following consolidated form of caption be utilized for all pleadings and order in these cases.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **MONDRIAN TTL, L.L.C., a Delaware** ) | |
| **limited liability company** ) | **Case No: 2:10-bk-14140-RJH** |
| ) | |
| **Debtor** ) | |
| ) | |
| **EID: 20-1473299** ) | |
| ) | **Case No: 2:10-bk-14141-JMM** |
| **GRIGIO TTL, L.L.C., an Arizona** ) | |
| **limited liability company** ) | **Chapter 11 Under** |
| ) | |
| **Debtor** ) | **Jointly Administered Under** |
| ) | **Case No: 2:10-bk-14140-RJH** |
| **EID: 20-5787568** ) | |

Joint administration of these bankruptcy cases will not result in any prejudice to the Debtors' creditors or other parties in interest. In fact, joint administration is in the best interest of these bankruptcy estates as the vast majority of motions, hearings, and orders in these cases will affect both debtors.

3

2188691.1



WHEREFORE, the debtors request that the Court enter an order granting the motion requested herein and such other relief as is just and proper.

RESPECTFULLY submitted May 9, 2010.

LEWIS AND ROCA LLP

By   /s/ Susan M. Freeman (004199)
      Susan M. Freeman
      Rob Charles
      Marvin C. Ruth
Proposed Attorneys for Debtors

2188691.1