# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

|   |   |
|---|---|
| **Debtor:** | MONDRIAN TTL, L.L.C. |
| **Case Number:** | 2:10-bk-14140-RJH   **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, DECEMBER 15, 2010 01:30 PM   6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | JANET SMITH |
| **Reporter / ECR:** | SHERI FLETCHER |

## *Matters:*

1) STATUS HEARING ON CONFIRMATION OF PLAN
   **R / M #:**  120 / 0

2) HEARING ON MOTION FOR RELIEF FROM STAY FILED BY TPG MEZZANINE (THIS WILL NOT BE AN EVIDENTIARY HEARING)
   **R / M #:**  0 / 0

3) CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY TPG GRIGIO
   **R / M #:**  87 / 0

4) ADV: 2-10-01210
   **TPG (Grigio) Note Acquisition LLC vs BRUCE W GRAY**
   STATUS HEARING ON MOTION TO REMAND
   **R / M #:**  39 / 0

5) ADV: 2-10-01247
   **TPG (Grigio) Mezzanine LLC vs Gray Meyer Fannin LLC, an Arizona limite**
   STATUS HEARING ON MOTION TO REMAND
   **R / M #:**  9 / 0

6) STATUS HEARING ON MOTION TO ASSUME CITY OF TEMPE LEASE
   **R / M #:**  257 / 0

7) DEBTOR'S MOTION TO DISMISS CASE
   **R / M #:**  278 / 0

## *Appearances:*

SUSAN M. FREEMAN, ATTORNEY FOR MONDRIAN TTL, L.L.C.
SCOTT COHEN/PATRICK CLISHAM, ATTORNEYS FOR TPG (GRIGIO) MEZZANINE LLC, TPG (GRIGIO) NOTE ACQUISITION LLC
WILLIAM NOVOTNY, ATTORNEY FOR THE CITY OF TEMPE

## *Proceedings:*

Ms. Freeman reviewed the notice of the settlement advising no objections have been filed. She advised stipulated orders have been lodged and the US Trustee's fees have been paid.

COURT: IT IS ORDERED GRANTING THE MOTION. THE ORDERS WILL BE ENTERED ON THE DOCKET TODAY.